Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Safwan Jackie, | Case No. 2:23-cv-09467-ODW-MRW |
| Plaintiff, | **Notice of settlement** |
| vs. | |
| BMW Financial Services NA, LLC and John Does I-X, | |
| Defendants. | |

Notice is hereby given that the parties in this matter have reached a settlement in this case. Plaintiff Safwan Jackie respectfully requests that this Court allow sixty (60) days within which to complete the settlement.

Dated: February 15, 2024          Respectfully submitted,

/s/ Russell S. Thompson, IV
Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste. 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on February 15, 2024, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

<pre>                          s/ Russell S. Thompson, IV
                          Russell S. Thompson, IV</pre>